UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN M. KOHR,

                Plaintiff,

-v-

MARS, INCORPORATED, a Delaware Corporation, and Mars Wrigley Confectionery US, LLC, a Delaware Limited Liability Company a/k/a and/or d/b/a as M&M's WORLD, a/k/a and/or d/b/a as, MARS FOOD US, LLC, a/k/a and/or d/b/a as, MARS FOOD, LLC.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 5033 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held today, September 14, 2021, (the "Telephone Conference") the Court orders as follows:

1) The deadline for the close of discovery remains **Monday, November 1, 2021**, and the parties shall file a joint status letter certifying the completion of fact discovery by **Tuesday, November 2, 2021**.  (ECF No. 25).

   a. In the meantime, as discussed at the Telephone Conference, the parties shall complete their document productions, including of medical records and authorizations for medical records, and shall explore the possibility of settlement.

   b. The parties shall file by **Thursday, October 14, 2021** a joint status report concerning:  (i) the status of discovery, and (ii) the status of settlement discussions — **without disclosing actual settlement positions** — including whether the parties would the Court to arrange a Settlement Conference.  The

parties are welcome to request a Settlement Conference earlier than October 14.

Dated:    New York, New York
          September 14, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**