UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN M. KOHR,

                    Plaintiff,

-v-

MARS, INCORPORATED, a Delaware Corporation, and Mars Wrigley Confectionery US, LLC, a Delaware Limited Liability Company a/k/a and/or d/b/a as M&M's WORLD, a/k/a and/or d/b/a as, MARS FOOD US, LLC, a/k/a and/or d/b/a as, MARS FOOD, LLC.,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 5033 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    On September 14, 2021, the Court directed the parties to file a joint status report concerning the status of discovery and the status of settlement discussions (the "Status Report") by Thursday, October 14, 2021.  (ECF No. 27).  The parties have not filed the Status Report, nor have they requested an extension of the deadline to do so.

    Accordingly, as a one-time courtesy to the parties, the Court EXTENDS the Status Report submission deadline, nunc pro tunc, to **Tuesday, October 19, 2021**.

Dated:    New York, New York
            October 15, 2021

                                                SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge