UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN M. KOHR,

                Plaintiff,

-v-

MARS, INCORPORATED, a Delaware Corporation, and Mars Wrigley Confectionery US, LLC, a Delaware Limited Liability Company a/k/a and/or d/b/a as M&M's WORLD, a/k/a and/or d/b/a as, MARS FOOD US, LLC, a/k/a and/or d/b/a as, MARS FOOD, LLC.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 5033 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 8, 2021, the Court extended the deadlines for the completion of fact and expert discovery, and directed the parties to file a status report by Thursday, December 30, 2021 confirming that fact discovery was completed and setting forth next steps to move this litigation forward. (ECF No. 32). The parties have not filed the status report or requested an extension of the deadline to do so. Accordingly, the Court EXTENDS the deadline to submit a status report, nunc pro tunc, to **Friday, January 7, 2022**.

Dated:    New York, New York
            January 4, 2022

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**