UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN M. KOHR,

           Plaintiff,

-v-

MARS, INCORPORATED, a Delaware Corporation, and Mars Wrigley Confectionery US, LLC, a Delaware Limited Liability Company a/k/a and/or d/b/a as M&M's WORLD, a/k/a and/or d/b/a as, MARS FOOD US, LLC, a/k/a and/or d/b/a as, MARS FOOD, LLC.,

           Defendants.

CIVIL ACTION NO.: 20 Civ. 5033 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 1, 2022, the parties advised the Court that they had reached a settlement in principal and that they would file a stipulation of dismissal (the "Stipulation"). (ECF No. 36) To date, the parties have not filed the Stipulation or otherwise communicated with the Court. Accordingly, by **May 31, 2022**, the parties shall file the Stipulation.

Dated:    New York, New York
           May 18, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**